Vázquez, Demandante y Apelada, *v.* Central Vannina, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Distrito Primero, en pleito sobre daños y perjuicios.

No. 2754.—Resuelto en julio 12, 1923.

Daños y Perjuicios por Negligencia—Cuantía de los Daños.—Probado que a causa de la negligencia de la demandada, la demandante sufrió las heridas

y contusiones que se reseñan en la opinión y que como resultado del accidente su salud quedó quebrantada sufriendo dolores físicos, intensas angustias mentales y pérdidas en sus bienes, *se resolvió:* que una indemnización de $5,000 es razonable.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. D. Monserrat.*

Abogados del apelado: *Sres. F. González* y *C. Iriarte, Jr.*

El Juez Asociado Sr. Franco Soto, emitió la opinión del tribunal.

Isabel Vázquez, demandante en este caso, era uno de los pasajeros que viajaban en el automóvil propiedad de Gerardo M. García, conducido por él mismo, con el cual chocó el ferrocarril de la demandada en la tarde del 19 de febrero de 1920. En la opinión emitida en el recurso núm. 2753, interpretando el pleito seguido por Ramona Morales, otro de los pasajeros que viajaba en dicho automóvil, contra la Central Vannina, se han estudiado todas las cuestiones de hecho y legales envueltas en el asunto. Los principios allí establecidos son aquí enteramente aplicables.

Sólo resta una cuestión distinta a estudiar y a resolver aquí particularmente, a saber: la cuantía de la indemnización. La demandante solicitó cinco mil dólares. Se probó que la demandante recibió, a consecuencia del choque, las siguientes lesiones: una herida incisa contusa algo profunda en la región fronto parieto temporal del lado derecho; otra herida por desgarre, bastante profunda, en forma de V, abarcando la parte anterior y posterior del tercio medio del brazo derecho; otra contusión fuerte con gran equimosis en la rodilla izquierda, en su parte externa, y otra contusión en la región del hipocondrio derecho, que por sus consecuencias fué la más grave, ya que quedó después padeciendo de atosis del riñón derecho con desviación hacia el izquierdo, lo cual obedece a un traumatismo o choque violento que relaja los ligamentos sostenedores de los riñones. Se probó, además, que como resultado del acci-

dente su salud quedó quebrantada, sufriendo dolores físicos e intensas angustias mentales y pérdidas en sus bienes.

Siendo ello así, no vemos que la suma de cinco mil dólares sea exagerada, y en tal virtud debe confirmarse en todas sus partes la sentencia recurrida.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Aldrey y Hutchison.